450 A.2d 755

Commonwealth v. Callanan, Appellant.

Reargument Denied Oct. 7, 1982.

Petition for Allowance of Appeal Denied Jan. 20, 1983.

Argued October 14, 1981. Philip B. Friedman, for appellant; Barbara Malett, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

The judgment of sentence is affirmed.